UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | **03** CR **1 0 1 3 5** NG |
| ) | CRIMINAL NO.: |
| v. ) | |
| ) | Count 1: 18 U.S.C. § 2113(a) |
| JEREMY D. WOODLEY, ) | Bank Robbery |
| a/k/a Jeremy Williams, ) | |
| Defendant. ) | |

**DOCKETED**

<u>INDICTMENT</u>

<u>**COUNT ONE**</u>:  18 U.S.C. § 2113(a) – Bank Robbery

The Grand Jury charges that:

On or about March 26, 2003, at Boston, Massachusetts, in the District of Massachusetts,

**JEREMY D. WOODLEY,**

the defendant herein, by force and violence and by intimidation, did take from the person and

presence of another approximately $737.00, money belonging to, and in the care, custody,

control, management and possession of, Citizen's Bank, 441 West Broadway Street, Boston,

Massachusetts, the deposits of which were then insured by the Federal Deposit Insurance

Corporation.

All in violation of Title 18, United States Code, § 2113(a).

A TRUE BILL:

_Edward J. Murphy 4/3/03_
FOREMAN OF THE GRAND JURY


_Paul R. Moore_
PAUL R. MOORE
SPECIAL ASSISTANT U.S. ATTORNEY


DISTRICT OF MASSACHUSETTS ; April 30, 2003, at _____.

Returned into the District Court by the Grand Jurors and filed.


_Thomas F. Quinn_
DEPUTY CLERK
4/30/03 @ 2:00pm